# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| KARANA JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-00545-RDP |
| ) | |
| ADVANCED PORTFOLIO GROUP, LLC and ) | |
| HUNTINGTON DEBT HOLDING, LLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, KARANA JONES, ("Plaintiff"), through her attorney, M. Brandon Walker, informs this Honorable Court that Plaintiff and Defendants, ADVANCED PORTFOLIO GROUP, LLC, and HUNTINGTON DEBT HOLDING, LLC, have reached a settlement in this case. Plaintiff anticipates dismissing Defendants, ADVANCED PORTFOLIO GROUP, LLC, and HUNTINGTON DEBT HOLDING, LLC, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

DATED: May 10, 2021            By: /s/M. Brandon Walker
                                                             **M. Brandon Walker**
                                                             Walker McMullan, Attorneys
                                                             242 West Valley Avenue, Suite 312
                                                             Birmingham, AL 35209
                                                             Tel: 205-417-2541
                                                             E-mail: brandon@walkermcmullan.com
                                                             Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I certify that on May 10, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

      By: /s/ M. Brandon Walker
           M. Brandon Walker