FILED
2021 Jun-24  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KARANA JONES,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:21-cv-00545-RDP |
| **ADVANCED PORTFOLIO GROUP LLC,** et al., | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the Plaintiff's Notice of Voluntary Dismissal (Doc. # 4), filed June 24, 2021, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a). The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this June 24, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE